LZ:JPK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

KAI LIN,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE WESTERN DISTRICT OF LOUISIANA

(Fed. R. Crim. P. 5)

Case No. 26-MJ-211

EASTERN DISTRICT OF NEW YORK, SS:

James E. Parris, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation duly appointed according to law and acting as such.

On or about August 19, 2026, the United States District Court for the Western District of Louisiana issued a warrant for the arrest of the defendant KAI LIN for violating Title 18, United States Code, Section 1349 (conspiracy to commit wire fraud).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about August 19, 2026, a grand jury in the Western District of Louisiana returned an indictment charging the defendant KAI LIN with violating Title 18, United States Code, Section 1349 (conspiracy to commit wire fraud). A true and correct copy of the Indictment is attached as Exhibit 1.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2. In connection with the Indictment, on or about August 19, 2026, the United States District Court for the Western District of Louisiana issued a warrant (the "Arrest Warrant") for the arrest of the defendant KAI LIN. A true and correct copy of the Arrest Warrant is attached as Exhibit 2.

3. On or about November 23, 2026, law enforcement agents arrested the defendant KAI LIN in Queens, New York pursuant to the Arrest Warrant.

4. At the time of his arrest, the defendant KAI LIN confirmed to law enforcement agents his name, which matches the name of the defendant KAI LIN wanted in the Western District of Louisiana. The defendant also provided law enforcement agents with his driver's license, which stated the name of the defendant wanted in the Western District of Louisiana and named on the Arrest Warrant. Finally, law enforcement compared the appearance of the individual in custody to a photograph from KAI LIN's previous arrest provided by the case agent in the Western District of Louisiana, which further confirmed that the defendant KAI LIN is the individual wanted in the Western District of Louisiana.

5. Based on the foregoing, I submit there is probable cause to believe that the defendant is KAI LIN who is wanted in the Western District of Louisiana.

WHEREFORE, your deponent respectfully requests that the defendant KAI LIN be removed to the Western District of Louisiana so that he may be dealt with according to law.

James E. Parris
Special Agent, Federal Bureau of Investigation

Sworn to before me this
23rd day of November, 2026

[redacted]

THE HONORABLE CLAY H. KAMINSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# Exhibit 1

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 19 2026
DANIEL J. McCOY, CLERK
BY: ____________________

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA 18 U.S.C. § 1349

v.

6:26-CR-00318
JUDGE SUMMERHAYS
MAGISTRATE JUDGE WHITEHURST

XUEFANG ZHU (01) and
KAI LIN (02),

Defendants

____________________________________/

# INDICTMENT

The Federal Grand Jury charges:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The defendant, **XUEFANG ZHU**, was a Chinese national and lawful permanent resident of the United States.

2. The defendant, **KAI LIN**, was born in China and a naturalized United States citizen.

3. Victims 1 and 2 were a married couple and residents of Lafayette, Louisiana.

4. Victims 3 and 4 were a married couple and residents of Denton, Texas.

5. Bank 1 was an American bank holding company headquartered in Tysons, Virginia.

6. Bank 2 was an American multinational financial services company headquartered in San Francisco, California.

7. Bank 3 was an American bank holding company headquartered in Houston, Texas.

8. Brokerage 1 was an American financial services company headquartered in Boston, Massachusetts.

**COUNT 1**
**Conspiracy to Commit Wire Fraud**
[18 U.S.C. § 1349]

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2. Beginning on a date unknown, but no later than on or about December 12, 2025, and continuing through on or about July 29, 2026, in the Western District of Louisiana, and elsewhere, the defendants,

**XUEFANG ZHU and**
**KAI LIN,**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, with the intent to defraud, to knowingly devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, transmitting and causing to be transmitted in interstate and foreign commerce, by means of wire communication, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

## OBJECT OF THE CONSPIRACY

3. It was a purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by, among other things, (a) posing as representatives of banks when contacting victims and falsely informing them that their accounts had been compromised, (b) collecting funds from their victims to purportedly safeguard those victims' financial accounts, (c) installing software on victims' computers that permitted access to those victims' financial accounts, and (d) withdrawing funds from those victims' financial accounts using the installed software, all of which caused the conspirators obtain money and other things of value and diverting the fraud proceeds for their personal use and benefit and the use and benefit of others.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants sought to accomplish the object and purpose of the conspiracy included, among others, the following:

4. On or about December 12, 2025, using the internet and causing an interstate wire transmission, a co-conspirator of **XUEFANG ZHU** and **KAI LIN** contacted Victims 1 and 2 via e-mail and falsely stated that their Bank 1 financial account(s) had been compromised. The email included a phone number for Victims 1 and 2 to call, which was falsely presented as the number for Bank 1.

5. Victims 1 and 2 called the phone number, which caused an interstate wire transmission. They spoke with a co-conspirator of **ZHU** and **LIN** who identified himself as a "representative" of Bank 1. The co-conspirator falsely advised Victims 1

and 2 that their bank account with Bank 1 had a virus and that the only way to safeguard their funds was to withdraw the funds in cash and place them in a Bank 1 safety locker.

6. To legitimize the scheme, the co-conspirator of **ZHU** and **LIN** falsely represented to Victims 1 and 2 that he was working with "FBI Agent Paul Gabriel." The co-conspirator sent photos of the "agent" and his "credentials" to Victims 1 and 2 via text message. The co-conspirator instructed Victims 1 and 2 to delete the photos after viewing them.

7. The co-conspirator of **ZHU** and **LIN** advised Victims 1 and 2 that a Capital One representative named "Tom" would arrange to pick up the cash from them to be placed in a Bank 1 safety locker.

8. On or about December 15, 2025, Victims 1 and 2 withdrew $40,000 in cash from their Bank 1 bank account.

9. On or about December 15, 2025, **ZHU**, while falsely representing himself to be "Tom," picked up the $40,000 from Victims 1 and 2 at their home in Lafayette, Louisiana.

10. On or about December 18, 2025, **ZHU**, again falsely representing himself to be "Tom," picked up an additional $30,000 from Victims 1 and 2 at their home in Lafayette, Louisiana.

11. Over the next few weeks, Victims 1 and 2 made multiple cash withdrawals from their Bank 1 account and provided the funds to various unknown

co-conspirators **ZHU** and **LIN** who were falsely represented as being representatives of Bank 1, as follows:

a. On or about January 6, 2026, "Irvin," a co-conspirator of **ZHU** and **LIN**, collected $55,000 from Victims 1 and 2 at their residence in Lafayette, Louisiana.

b. On or about January 19, 2026, "Mike", a co-conspirator of **ZHU** and **LIN**, collected $29,000 from Victims 1 and 2 at a restaurant in New Iberia, Louisiana.

c. On or about January 26, 2026, "Jack," a co-conspirator of **ZHU** and **LIN**, collected $36,000 from Victims 1 and 2 at a restaurant in Abbeville, Louisiana.

d. On or about February 24, 2026, "Andy Male," a co-conspirator of **ZHU** and **LIN**, collected $40,000 from Victims 1 and 2 at a church in Abbeville, Louisiana.

12. During the same time that co-conspirators were collecting cash from Victims 1 and 2, a co-conspirator of **ZHU** and **LIN** also instructed Victims 1 and 2 to install a remote-desktop application on their computer. The co-conspirator claimed this access was necessary to safeguard accounts held by Victims 1 and 2 at Bank 1 and Brokerage 1.

13. After getting access to the accounts, a co-conspirator of **ZHU** and **LIN** initiated numerous unauthorized wire transfers and attempted wire transfers that included, but was not limited to, the following:

a. On or about January 23, 2026, a wire transfer in the amount of $36,000 from Victims 1 and 2's Brokerage 1 account to Victims 1 and 2's Bank 1 account;

b. On or about February 13, 2026, a wire transfer in the amount of $41,000 from Victims 1 and 2's Brokerage 1 account to Victims 1 and 2's Bank 1 account;

c. On or about March 18, 2026, a wire transfer in the amount of $44,600 from Victims 1 and 2's Fidelity account to an unknown Bank 2 account;

d. On or about March 30, 2026, a wire transfer in the amount of $26,000 from Victims 1 and 2's Brokerage 1 account to Victims 1 and 2's Bank 1 account;

e. On or about March 31, 2026, an attempted wire transfer of $43,000 from Victims 1 and 2's Bank 1 account to an unknown Bank 2 account;

f. On or about April 1, 2026, a wire transfer in the amount of $54,000 from Victims 1 and 2's Brokerage 2 account to Victims 1 and 2's Bank 1 account; and

g. On or about April 1, 2026, an attempted wire transfer of $44,000 from Victims 1 and 2's Bank 1 account to an unknown Bank 2 account.

14. On or about June 9, 2026, a co-conspirator of **ZHU** and **LIN** contacted Victims 1 and 2 and falsely represented that their bank accounts were still compromised. The co-conspirator said he would send a representative to collect an additional $45,000 in cash which would be placed in a Bank 1 security locker.

15. On or about June 12, 2026, **KAI LIN**, falsely representing himself to be "Alex," collected $45,000 from Victim 1 at a grocery store in Lafayette, Louisiana.

16. On or about July 23, 2026, Victims 3 and 4's computer froze and they received a notification on their computer screen from "Microsoft Security" with a telephone number for Victims 3 and 4 to call.

17. Victim 4 called the telephone number and spoke to a co-conspirator of **ZHU** and **LIN**. The co-conspirator falsely represented himself as a "representative" of Microsoft and told Victim 4 that his computer had been hacked. The co-conspirator provided a phone number for Victim 4 to call, which the co-conspirator falsely presented to be the phone number of a "representative" with the Federal Deposit Insurance Corporation (hereinafter "FDIC").

18. The FDIC "representative," who was a co-conspirator of **ZHU** and **LIN**, told Victims 3 and 4 that they could prevent their money from going to China by withdrawing $46,000 from their bank account and handing it over to a FDIC "field agent."

19. On or about July 24, 2026, Victims 3 and 4 withdrew $46,000 in cash from their Bank 3 account in Roanoke, Texas.

20. On or about July 24, 2026, **ZHU**, falsely representing himself as "Tom" and believed by Victims 3 and 4 to be the FDIC "field agent," collected the $46,000 from Victims 3 and 4.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE NOTICE

A. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property to which the defendants, **XUEFANG ZHU** and **KAI LIN**, have an interest.

B. Upon conviction of a violation, or a conspiracy to commit a violation, of Title 18, United States Code, Section 1349, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such violation pursuant to Title 18, United States Code, Section 982(a)(2)(a).

C. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, to the following:

1.) $28,820.00 in United States currency; and

2.) two 10 oz. gold bars.

[Remainder of Page Intentionally Left Blank]

All pursuant to Title 18, United States Code, Section 982(a)(2)(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

LAUREN L. NICKEL
ASSISTANT UNITED STATES ATTORNEY

# Exhibit 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

United States of America
v.
Kai Lin (02)

Defendant

Case No. 6:26-CR-00318-02
JUDGE SUMMERHAYS
MAGISTRATE JUDGE WHITEHURST

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kai Lin, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud 18 U.S.C. § 1349

Forfeiture Allegations

Date: 08/19/2026

*Issuing officer's signature*

City and state: Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* __________, and the person was arrested on *(date)* __________
at *(city and state)* __________.

Date: __________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Kai Lin

Known aliases: ______

Last known residence: ______

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: 02/04/1991

Social Security number: 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

Height: 5'7" Weight: 130

Sex: M Race: ______

Hair: Bl Eyes: Br

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: ______

Complete description of auto: ______

Investigative agency and address: Caitlin Undercoffer, Special Agent, FBI New Orleans – Lafayette RA, Office: (337) 233-2164, cundercoffer@fbi.gov

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______